Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Hunington Sachs f/k/a Leslie Sachs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Amerigas Propane, L.P.,<br><br>Defendant. | CASE NO.: 2:20-CV-02270-SMB<br><br>**PLAINTIFF'S STATUS REPORT AND NOTICE OF SETTLEMENT** |

1  Plaintiff Richard Winters ("Plaintiff") submits this status report to the Court in response to the recent closing of the case by the clerk. Plaintiff's counsel apologizes to the Court for the oversight here in not filing a notice of settlement earlier. Plaintiff and Defendant have settled the case in its entirety and expect to have a notice of voluntary dismissal on file within 30 days. Plaintiff respectfully requests the Court reopen this case in order to allow the parties time to consummate the settlement.

**KAZEROUNI LAW GROUP, APC**

Date: February 25, 2021    By: *s/ Ryan L. McBride*
　　　　　　　　　　　　　　　　Ryan L. McBride, Esq.
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

---

1

PLAINTIFF'S STATUS REPORT　　　　　　　　　　　　　　　*Winters v. Amerigas Propane, L.P.*